UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12-cr-372 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| WAYNE A. COLE, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on December 27, 2024. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on February 4, 2025. The defendant admitted to the following violation:

1. Violation of Standard Condition #6;
2. Violation of Standard Condition #3; and
3. Violation of Standard Condition #2.

The magistrate judge filed a report and recommendation on February 5, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation number 1 as charged and violation numbers 2 and 3 as amended.

A final supervised release violation hearing was conducted on February 12, 2025. Present were the following: Assistant United States Attorney Colleen Egan, representing the United States; Assistant Federal Public Defender Darin Thompson, representing the defendant; the defendant Wayne A. Cole, and United States Probation Officer Alfred Preston, Jr.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 1 as charged and violation numbers 2 and 3 as amended.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 6 months, with credit for time served to date. Following imprisonment, the defendant is to serve a period of supervised release for 2 years with the same terms and conditions as previously imposed.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: February 12, 2025

                                                     **HONORABLE SARA LIOI**
                                                     **CHIEF JUDGE**
                                                     **UNITED STATES DISTRICT COURT**